# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
TherapeuticsMD, Inc.
Attn: Hugh O'Dowd, President/CEO
951 Yamato Rd., Suite 220
Boca Raton, FL 33431

Paracorp Incorporated,
R/A for TherapeuticsMD, Inc.
Attn: Barbara Geiger
318 N Carson St #208
Carson City, NV 89701

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date     <u>February 4, 2022</u>     Signature   <u>/s/ *Gini L. Downing*</u>

        Print Name:      <u>Gini L. Downing</u>
                                    Pachulski Stang Ziehl & Jones LLP
                                    10100 Santa Monica Blvd.
                                    13th Floor
        Business Address:    <u>Los Angeles, CA 90067</u>

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Paracorp C. Date of Delivery: 2/7/22 |
| 1. Article Addressed to:<br>Paracorp Incorporated,<br>R/A for TherapeuticsMD, Inc.<br>Attn: Barbara Geiger<br>318 N Carson St #208<br>Carson City, NV 89701 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 9590 9402 3367 7227 2902 84 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3985 7940 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |